# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE FLOYD MADROS III,<br><br>Defendant. | No. 3:24-mj-00465-KFR |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Wendy Terry, having been first duly sworn, do hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a criminal complaint and arrest warrant charging **GEORGE FLOYD MADROS III** with violations of 18 U.S.C. § 2242(b) (Attempted Coercion and Enticement of a Minor).

2. The facts set forth in this affidavit are based on my personal knowledge; knowledge obtained from other individuals, including other law enforcement officers; interviews of persons with knowledge of the crimes; communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. Because this affidavit is submitted for the limited purposes of establishing probable cause to support a complaint and securing an arrest warrant, I have not included each and every fact known to me during this

investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and attached complaint.

3. I have been a Special Agent with the Federal Bureau of Investigation (FBI) since June 2014. Since that time, I have been assigned investigative responsibilities in the areas of crimes against children, human trafficking, violent gangs and criminal enterprises investigations in the FBI Anchorage Field Office, where I am currently assigned. The Anchorage Field Office is located within the District of Alaska. During this assignment, I have focused on child pornography, kidnapping, human trafficking, drug, violent gang, criminal enterprises, and felon in possession of a weapon investigations. I have been involved in cases pertaining to the investigation and prosecution of defendants for violations of Title 18 of the United States Code. Further, I have conducted and participated in a number of search warrants, arrest warrants, and interviews of people involved in federal crimes and criminal enterprises.

## PROBABLE CAUSE

4. For the reasons stated herein, I submit that there is probable cause to arrest GEORGE FLOYD MADROS III (hereinafter the "SUBJECT") for violating 18 U.S.C. § 2242(b) (Attempted Coercion and Enticement of a Minor). This probable cause is based on the following:

5. On August 27, 2024, an agent of the FBI, Anchorage Division acting in an undercover Online Covert Employee ("OCE") capacity as a 13-year-old female (MINOR)

responded to a publicly available post by username "meow" on a social media application (APP1).

6.  The username "meow", later identified as the SUBJECT, initiated a private chat with the MINOR. During the course of this chat, the SUBJECT asked the MINOR to send sexually explicit content (none was sent by MINOR), asked the MINOR to meet in person, and discussed the potential for sexual interactions during an in-person meet. Some examples of these chats are detailed below:



7. On August 27, 2024, the SUBJECT stated "Show me those young breasts":



8. On August 27, 2024, the SUBJECT sent a photo of himself, which the investigation revealed matched the individual depicted in the SUBJECT's driver's license photo:

//

//

//

//

3:24-mj-00465-KFR        Page 4 of 12



9. On August 27, 2024, the SUBJECT asked the MINOR to "meet up":

//

//

//

//

//

//

//



10. On August 27, 2024, the SUBJECT asked the MINOR "Would you like to meet somewhere and fuck" and proceeded to ask the MINOR questions about her identity and where she lived. During this exchange, the MINOR identified herself by the name of "Jasmine" and provided the SUBJECT with phone number (907)-952-2466 for text messaging:

//

//



11. On August 27, 2024, the SUBJECT tells MINOR exactly what he would do with her:

//

//

//

//

//

//



12. On August 27, 2024, the SUBJECT texted the MINOR from phone number (907)-538-7579 "Jasmine." The SUBJECT proceeds to ask the MINOR more questions about her and asserts "You said you were going to send me a picture.":

//

//

//

//



13. On August 27, 2024, the SUBJECT inquires whether the MINOR "still want[s] to meet" and discusses ways to avoid the MINOR getting pregnant:

//

//

//

//

//

//



14. On August 27, 2024, an FBI Special Agent conducted a records check of (907)-538-7579, which ACCURINT revealed is registered to the SUBJECT.

15. Additionally, a records check through the DMV yielded a photograph of the SUBJECT that matched the individual in the photo sent to the MINOR in the private chat on APP1.

//

//



## CONCLUSION

16. Based upon the information above, your affiant submits that there is probable cause to believe that the SUBJECT, GEORGE FLOYD MADROS III violated 18 U.S.C. § 2422(b) (Attempted Enticement and Coercion of a Minor).

RESPECTFULLY SUBMITTED,

WENDY TERRY
Special Agent
FBI

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed.R.Crim. P. 4.1 and 41(d)(3) on this ___ day of August 27, 2024.

/s/ Kyle Reardon
HON. KYLE F. REARDON
United States Magistrate Judge
District of Alaska